UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re: )  BK No.: 20-17861
DIANA CERVANTES )
) Chapter: 13
) Honorable Donald R. Cassling
)
)
Debtor(s) )

## ORDER GRANTING MOTION TO MODIFY PLAN

THIS MATTER coming to be heard on the motion of the Debtor, the Court having jurisdiction over the parties and the subject matter and being duly advised in the premises and due notice having been given to the parties entitled thereto:

It is hereby ORDERED that:

1) Debtor's Motion to Modify is GRANTED.

2) The Debtor's Chapter 13 Plan payment default is deferred over the remainder of the plan.

3) The Debtor's Chapter 13 Plan payment is increased to $430.00.

4) Debtor's Chapter 13 Plan base shall increase to $23,816.00.

Enter: *Donald R. Cassling*

Honorable Donald R. Cassling
United States Bankruptcy Judge

Dated: August 26, 2021

**Prepared by:**

Robert C. Bansfield Jr., A.R.D.C. #6329415
David M. Siegel & Assoc., LLC
790 Chaddick Drive
Wheeling, IL 60090
(847) 520-8100
rbansfield@davidmsiegel.com